Clara J. Shin (Bar No. 214809)
Jun Li (Bar No. 315907)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
cshin@cov.com
junli@cov.com

*Attorneys for Defendant McKesson Corporation*

Francis O. Scarpulla (Bar No. 41059)
Patrick B. Clayton (Bar No. 240191)
LAW OFFICES OF FRANCIS O. SCARPULLA
456 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Attorneys for Plaintiffs*

[**Additional Counsel Appear on Signature Page**]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17−CV−01485−MCE−GGH<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MCKESSON CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER**<br><br>Defendants Served: June 13, 2017<br><br>Current Response Date: July 24, 2017<br><br>New Response Date: September 22, 2017 |

2:17−CV−01485−MCE−GGH
STIPULATION TO EXTEND DEADLINE FOR DEFENDANT MCKESSON CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; ORDER

1

1  Pursuant to Civil Local Rule 144, Plaintiffs County of San Joaquin, City of Stockton,
2  and Montezuma Fire Protection District ("Plaintiffs") and Defendant McKesson Corporation
3  ("McKesson"), by and through their respective counsel, (1) stipulate and agree to an initial 28-
4  day extension of time for McKesson to answer or otherwise respond to the complaint, up to and
5  including August 21, 2017; and (2) request the Court's approval to extend the time for
6  McKesson to answer or otherwise respond to Plaintiff's complaint, up to and including
7  September 22, 2017, or a 60-day extension from the date the Federal District Court clerk mails
8  any remand order to the Superior Court clerk, whichever is later:
9  WHEREAS, on June 13, 2017, Plaintiffs served the Summons and Complaint in the
10 above-captioned action on McKesson. On June 30, 2017, McKesson signed the Notice and
11 Acknowledgment of Receipt of the Summons and Complaint.
12 WHEREAS, on July 17, 2017, Defendants Endo Health Solutions Inc., Endo
13 Pharmaceuticals Inc., Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company,
14 Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen
15 Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen
16 Pharmaceuticals, Inc., and Janssen Pharmaceutical, Inc. n/k/a Janssen Pharmaceuticals, Inc.
17 filed a Notice of Removal in the United States District Court in the Eastern District of
18 California.
19 WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c), McKesson's time to
20 respond to the complaint is July 24, 2017, seven days after the notice of removal is filed.
21 WHEREAS, Civil Local Rule 144 permits the parties to extend time for not more than
22 28 days to respond to a complaint without approval of the Court.
23 WHEREAS, Civil Local Rule 144 requires the Court's approval for all other extensions
24 of time.
25 The entry into this stipulation by the Defendant shall not constitute a waiver of any of its
26 defenses to the Complaint, and is without prejudice to Plaintiffs filing any motion to remand.
27
28

2:17−CV−01485−MCE−GGH
STIPULATION TO EXTEND DEADLINE FOR DEFENDANT
MCKESSON CORPORATION TO ANSWER OR OTHERWISE   2
RESPOND TO COMPLAINT; ORDER

DATED: July 24, 2017

    COVINGTON & BURLING LLP
    CLARA J. SHIN
    JUN LI

    By:    */s/Clara J. Shin*
            Clara J. Shin

*Attorneys for Defendant*
*McKesson Corporation*

DATED: July 24, 2017

    LAW OFFICES OF FRANCIS O. SCARPULLA

    By:    */s/Francis O. Scarpulla*
           Francis O. Scarpulla

*Attorneys for Plaintiffs*

Additional Counsel:

William H. Parish (Bar No. 95913)
PARISH GUY CASTILLO, PC
1919 Grand Canal Boulevard, Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
Email: parish@parishlegal.com

J. Mark Myles, County Counsel
San Joaquin County
44 North San Joaquin Street
Sixth Floor, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980
Facsimile: (209) 468-0315
Email: jmyles@sjgov.org

*Counsel for San Joaquin County*

John M. Luebberke, City Attorney
City of Stockton
425 North El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

*Counsel for City of Stockton*

2:17−CV−01485−MCE−GGH
STIPULATION TO EXTEND DEADLINE FOR DEFENDANT
McKESSON CORPORATION TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; ORDER

3

**ORDER**

The Court has reviewed and considered the Stipulation submitted by Plaintiffs and Defendant McKesson in the above-captioned action.  Good cause appearing, IT IS HEREBY ORDERED that McKesson's time to answer, move, or otherwise plead in response to Plaintiffs' complaint is extended up to and including **September 22, 2017**.

IT IS SO ORDERED.

Dated:  July 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2:17−CV−01485−MCE−GGH
STIPULATION TO EXTEND DEADLINE FOR DEFENDANT
MCKESSON CORPORATION TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT; ORDER

4