ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris (SBN 200368)
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199
sean.morris@apks.com

Jonathan L. Stern*
Joshua M. Davis*
555 Twelfth Street, NW
Washington, DC 2004-1206
Telephone:    (202) 942-5000
Facsimile:    (202) 924-5999
jonathan.stern@apks.com
joshua.davis@apks.com

*denotes national counsel who will seek pro hac vice admission*

Attorneys for Defendants
ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., McKESSON CORPORATION, and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 2:17-cv-01485-MCE-GGH<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1    This matter comes before the Court on Plaintiffs' and the Manufacturer Defendants'
2    Stipulated Motion to Extend Time to Respond to Complaint.  The Court has reviewed the joint
3    motion and, good cause appearing, GRANTS the stipulated motion.
4    IT IS HEREBY ORDERED that the Manufacturer Defendants' deadline to respond to
5    Plaintiffs' complaint is extended by sixty (60) calendar days, to September 22, 2017.
6    IT IS SO ORDERED.
7    Dated:  July 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE