1 ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris (SBN 200368)
2 777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017
3 Telephone:     (213) 243-4000
Facsimile:      (213) 243-4199
4 sean.morris@apks.com

5 Jonathan L. Stern*
Joshua M. Davis*
6 555 Twelfth Street, NW
Washington, DC 2004-1206
7 Telephone:     (202) 942-5000
Facsimile:      (202) 924-5999
8 jonathan.stern@apks.com
joshua.davis@apks.com
9 *denotes national counsel who will seek pro hac
vice admission
10
Attorneys for Defendants
11 ENDO HEALTH SOLUTIONS INC. and
ENDO PHARMACEUTICALS INC.
12
13 [ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCKS]

14
15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17 COUNTY OF SAN JOAQUIN, CITY OF          Case No. 2:17-cv-01485-MCE-GGH
   STOCKTON, and MONTEZUMA FIRE
18 PROTECTION DISTRICT,                    **STIPULATION AND ORDER
                                           REGARDING MOTION TO REMAND
19            Plaintiffs,                   BRIEFING SCHEDULE AND
                                           DEFENDANTS' DEADLINE FOR
20       vs.                               RESPONDING TO THE COMPLAINT**

21 PURDUE PHARMA L.P., PURDUE PHARMA
   INC., THE PURDUE FREDERICK COMPANY,
22 INC., TEVA PHARMACEUTICALS USA, INC.,
   CEPHALON, INC., JOHNSON & JOHNSON,
23 JANSSEN PHARMACEUTICALS, INC.,          Action Filed:  May 25, 2017
   ORTHO-MCNEIL-JANSSEN
24 PHARMACEUTICALS, INC. N/K/A JANSSEN
   PHARMACEUTICALS, INC., JANSSEN
25 PHARMACEUTICAL, INC. N/K/A JANSSEN
   PHARMACEUTICALS, INC., ENDO HEALTH
26 SOLUTIONS INC., ENDO
   PHARMACEUTICALS, INC., McKESSON
27 CORPORATION, and DOES 1-100,
   INCLUSIVE,
28            Defendants.

1   Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Purdue Pharma L.P.,

2   Purdue Pharma Inc., the Purdue Frederick Company, Inc., Teva Pharmaceuticals USA, Inc.,

3   Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen

4   Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a

5   Janssen Pharmaceuticals, Inc. (collectively, "Removing Defendants") and Plaintiffs hereby stipulate

6   and agree to, and respectfully request the entry of an Order establishing, the following:

7       1.      Any opposition to Plaintiffs' Motion to Remand (Dkt. No. 21), scheduled for hearing

8   on October 19, 2017, shall be filed on or before September 15, 2017.

9       2.      Any reply filed in support of Plaintiffs' Motion to Remand shall be filed on or before

10  October 10, 2017.

11      3.      The deadline for all Removing Defendants to answer, move, or otherwise respond to

12  the Complaint shall be thirty (30) days after the Court's entry of an Order ruling on Plaintiffs'

13  Motion to Remand.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1       Stipulated and agreed to:

2    Dated:  August 22, 2017          ARNOLD & PORTER KAYE SCHOLER LLP

3

4                                 By:    /s/ Sean Morris
                                        Sean Morris

5                                       Jonathan L. Stern*
                                      Joshua M. Davis*

6

7                                       777 S. Figueroa Street, 44th Floor
                                      Los Angeles, CA 90017

8                                       Telephone:  (213) 243-4000
                                      Facsimile:  (213) 243-4199

9                                       sean.morris@apks.com

10                                      -and-

11                                       555 Twelfth Street, NW
                                      Washington, DC 2004-1206

12                                       Telephone:  (202) 942-5000
                                      Facsimile:  (202) 942-5999

13                                       jonathan.stern@apks.com
                                      joshua.davis@apks.com

14

15                                       *denotes national counsel who will seek pro hac
                                      vice admission

16                                       Attorneys for Defendants
                                      ENDO HEALTH SOLUTIONS INC. and ENDO

17                                       PHARMACEUTICALS INC.

18

19    Dated:  August 22, 2017          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

20                                By:    /s/ Lisa M. Gilford
                                      Lisa M. Gilford

21

22                                       300 South Grand Avenue
                                      Los Angeles, California 90071

23                                       Telephone:  (213) 687-5000
                                      Facsimile:  (213) 621-5130

24                                       lisa.gilford@skadden.com

25                                       Attorneys for Defendants
                                      PURDUE PHARMA L.P., PURDUE

26                                       PHARMA INC., and THE PURDUE FREDERICK
                                      COMPANY, INC.

27

28

STIPULATION AND ORDER RE MOTION TO REMAND BRIEFING SCHEDULE AND DEFENDANTS'
DEADLINE FOR RESPONDING TO THE COMPLAINT

Dated:  August 22, 2017

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Steven A. Reed
       Steven A. Reed
       Collie F. James IV
       Jeremy A. Menkowitz

       1701 Market Street
       Philadelphia, PA 19103
       Telephone:  (215) 963-5000
       Facsimile:  (215) 963-5001
       steven.reed@morganlewis.com
       jeremy.menkowitz@morganlewis.com

       -and-

       600 Anton Blvd., Ste. 1800
       Costa Mesa, CA 92626
       Telephone:  (949) 399-7199
       Facsimile:  (949) 399-7001
       collie.james@morganlewis.com

       Attorneys for Defendants
       TEVA PHARMACEUTICALS USA, INC. and
       CEPHALON, INC.

Dated:  August 22, 2017

O'MELVENY & MYERS LLP

By:    /s/ Charles C. Lifland
       Charles C. Lifland

       400 S. Hope Street
       Los Angeles, CA 90071
       Telephone:  (213) 430-6000
       Facsimile:  (213) 430-6407
       clifland@omm.com

       Attorneys for Defendants
       JOHNSON & JOHNSON, JANSSEN
       PHARMACEUTICALS, INC., ORTHO-MCNEIL-
       JANSSEN PHARMACEUTICALS, INC. N/K/A
       JANSSEN PHARMACEUTICALS, INC., and
       JANSSEN PHARMACEUTICA, INC. N/K/A
       JANSSEN PHARMACEUTICALS, Inc.

STIPULATION AND ORDER RE MOTION TO REMAND BRIEFING SCHEDULE AND DEFENDANTS'
DEADLINE FOR RESPONDING TO THE COMPLAINT

Dated:  August 22, 2017

LAW OFFICES OF FRANCIS O. SCARPULLA

By:   /s/ Francis O. Scarpulla
Francis O. Scarpulla

456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0706
fos@scarpullalaw.com

-and-

PARISH GUY CASTILLO, PLC
William H. Parish

1919 Grand Canal Blvd., Suite A-5
Stockton, CA 95207-8114
Telephone:  (209) 952-1992
Facsimile:  (209) 952-0250
parish@parishlegal.com

Attorneys for Plaintiffs

COUNTY OF SAN JOAQUIN, CITY OF
STOCKTON, and MONTEZUMA FIRE
PROTECTION DISTRICT

## ORDER

Pursuant to the parties' stipulation, the Court orders as follows:

1.       Any opposition to Plaintiffs' Motion to Remand (ECF No. 21), scheduled for hearing on October 19, 2017, shall be filed on or before September 15, 2017.

2.       Any reply filed in support of Plaintiffs' Motion to Remand shall be filed on or before October 10, 2017.

3.       The deadline for all Removing Defendants to answer, move, or otherwise respond to the Complaint shall be thirty (30) days after the Court's entry of an Order ruling on Plaintiffs' Motion to Remand.

IT IS SO ORDERED.

Dated:  August 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 5 -