| | |
|---|---|
| 1 | Clara J. Shin (Bar No. 214809) |
| 2 | Jun Li (Bar No. 315907) |
| | COVINGTON & BURLING LLP |
| | One Front Street |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 591-6000 |
| 4 | Facsimile: (415) 591-6091 |
| | cshin@cov.com |
| 5 | junli@cov.com |
| 6 | *Attorneys for Defendant McKesson Corporation* |
| 7 | Francis O. Scarpulla (Bar No. 41059) |
| | Patrick B. Clayton (Bar No. 240191) |
| 8 | LAW OFFICES OF FRANCIS O. SCARPULLA |
| | 456 Montgomery Street, 17th Floor |
| 9 | San Francisco, California 94104 |
| | Telephone: (415) 788-7210 |
| 10 | Facsimile: (415) 788-0706 |
| | fos@scarpullalaw.com |
| 11 | pbc@scarpullalaw.com |
| 12 | *Attorneys for Plaintiffs* |
| 13 | **[Additional Counsel Appear on Signature Page]** |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 16 | COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT, | Case No.: 2:17−CV−01485−MCE−GGH |
| 17 | | |
| 18 | Plaintiffs, | **STIPULATION FOR DEFENDANT MCKESSON CORPORATION NOT TO RESPOND TO COMPLAINT IN FEDERAL COURT; ORDER** |
| 19 | v. | |
| 20 | PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, INCLUSIVE, | Current Response Date: September 22, 2017 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

2:17−CV−01485−MCE−GGH
STIPULATION FOR DEFENDANT MCKESSON
CORPORATION NOT TO RESPOND TO COMPLAINT IN
FEDERAL COURT

1

1    Pursuant to Civil Local Rule 143, Plaintiffs County of San Joaquin, City of Stockton,
2    and Montezuma Fire Protection District (collectively, "Plaintiffs") and Defendant McKesson
3    Corporation ("McKesson"), by and through their respective counsel, subject to approval of this
4    Court, hereby stipulate and agree that because McKesson will not remain a party to this federal
5    court action once the Court rules on the Plaintiffs' Motion to Remand (Dkt. 21), and as it serves
6    the interests of judicial economy and efficiency if McKesson is not required to respond to the
7    Complaint in this Court, the Parties request the Court's approval to relieve McKesson from the
8    requirement from responding to the Complaint in this Court:
9    WHEREAS, on May 25, 2017, Plaintiffs commenced this suit in San Joaquin County
10   Superior Court;
11   WHEREAS, on July 17, 2017, all defendants except for McKesson (the "Removing
12   Defendants") removed this action to federal court on the grounds that McKesson is a
13   dispensable party, is fraudulently joined, and is fraudulently misjoined;
14   WHEREAS, Plaintiffs filed a Motion to Remand on August 16, 2017, alleging that
15   McKesson is a properly-joined defendant and cannot be severed from this action;
16   WHEREAS, the hearing on the Motion to Remand is currently set for October 19, 2017;
17   WHEREAS, if the Court rules in favor of the Removing Defendants and denies
18   Plaintiffs' Motion to Remand, McKesson will be severed or dismissed from this action;
19   WHEREAS, if the Court grants Plaintiffs' Motion to Remand, and finds that McKesson
20   is a properly-joined defendant, there will be no diversity jurisdiction, the case will be remanded
21   to state court, and McKesson, along with all other defendants, will no longer be litigating before
22   this Court;
23   WHEREAS, the parties stipulate and agree that under either outcome—removal to
24   federal court or a remand back to state court—McKesson will not remain a party to this federal
25   action and should not be required to respond to the Complaint in this Court;
26   WHEREAS, McKesson's current deadline in this Court to respond to the Complaint is
27   September 22, 2017;
28

1    WHEREAS, without the requested relief, McKesson will be required to answer or file a Rule 12(b)(6) motion in this Court at that time, as well as a duplicative answer or demurrer in state court after the Court decides Plaintiffs' Motion to Remand;

WHEREAS, the requested relief will conserve judicial resources and promote judicial efficiency; and

WHEREAS, Civil Local Rule 143 requires the Court's approval for all stipulations;

NOW THEREFORE, subject to approval by the Court, the Parties hereby stipulate that McKesson shall be relieved of any requirement that it answer or otherwise respond to the Complaint in this Court.

IT IS SO STIPULATED:

DATED: September 7, 2017

    COVINGTON & BURLING LLP
    CLARA J. SHIN
    JUN LI

    By: _____/s/Clara J. Shin_____
              Clara J. Shin

*Attorneys for Defendant*
*McKesson Corporation*

DATED: September 7, 2017

    LAW OFFICES OF FRANCIS O. SCARPULLA

    By: _____/s/Francis O. Scarpulla_____
              Francis O. Scarpulla

*Attorneys for Plaintiffs*

Additional Counsel:

William H. Parish (Bar No. 95913)
PARISH GUY CASTILLO, PC
1919 Grand Canal Boulevard, Suite A-5
Stockton, California 95207-8114
Telephone: (209) 952-1992
Facsimile: (209) 952-0250
Email: parish@parishlegal.com

| | |
|---|---|
| 1 | J. Mark Myles, County Counsel |
| 2 | San Joaquin County |
| | 44 North San Joaquin Street |
| 3 | Sixth Floor, Suite 679 |
| | Stockton, California 95202 |
| 4 | Telephone: (209) 468-2980 |
| | Facsimile: (209) 468-0315 |
| 5 | Email: jmyles@sjgov.org |
| 6 | *Counsel for San Joaquin County* |
| 7 | John M. Luebberke, City Attorney |
| | City of Stockton |
| 8 | 425 North El Dorado Street, Second Floor |
| | Stockton, California 95202 |
| 9 | Telephone: (209) 937-8333 |
| 10 | Facsimile: (209) 937-8898 |
| 11 | *Counsel for City of Stockton* |

2:17−CV−01485−MCE−GGH
STIPULATION FOR DEFENDANT MCKESSON
CORPORATION NOT TO RESPOND TO COMPLAINT IN
FEDERAL COURT

4

**ORDER**

The Court has reviewed and considered the Stipulation submitted by Plaintiffs and Defendant McKesson Corporation in the above-captioned action. Accordingly, IT IS HEREBY ORDERED that McKesson Corporation will not be required to answer or otherwise respond to the Complaint in this Court.

IT IS SO ORDERED.

Dated: September 13, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE